DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**KEITH SIROTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D10-1318

[October 1, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephen A. Rapp, Judge; L.T. Case No. 2006CF001809AXX.

Paetra T. Brownlee, Cameron Eubanks and Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

This matter is on remand from the Florida Supreme Court following its decision in *State v. Sirota*, 39 Fla. L. Weekly S560 (Fla. Sept. 4, 2014), which quashed *Sirota v. State*, 95 So. 3d 313 (Fla. 4th DCA 2012). Pursuant to the Florida Supreme Court's opinion, this case is returned to the trial court for further proceedings consistent with *Alcorn v. State*, 121 So. 3d 419 (Fla. 2013).

*Remanded for further proceedings.*

STEVENSON, TAYLOR and MAY, JJ., concur.

\*          \*          \*